IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARQUIS FURNITURE, INC., <br>     Plaintiff, <br> v. <br><br> MATHIS BROS. FURNITURE CO., INC., MATHIS BROS. OKLAHOMA CITY, LLC, MATHIS EVANS, LLC, MATHIS HOLDING, INC., BROYHILL FURNITURE INDUSTRIES, INC., and LA-Z-BOY, INC., <br>     Defendants. <br><br> BROYHILL FURNITURE INDUSTRIES, INC., <br>     Counter-Claimant, <br> v. <br><br> MARQUIS FURNITURE, INC., <br>     Counter-Defendant, <br> and <br><br> GARY D. BAUGH and MARY BAUGH, <br>     Third-Party Defendants. | Case No. CIV-04-1604-F |

## MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, MATHIS BROS. FURNITURE CO., INC., MATHIS BROS. OKLAHOMA CITY, LLC, MATHIS EVANS, LLC, AND MATHIS HOLDING, INC., ONLY

The Plaintiff, Marquis Furniture, Inc., and the Defendants, Mathis Bros. Furniture Co., Inc., Mathis Bros. Oklahoma City, LLC, Mathis Evans, LLC, and Mathis Holding, Inc., respectively, move the Court pursuant to Fed. R. Civ. P. 41(a)(2) for a dismissal with prejudice as to Defendants, Mathis Bros. Furniture Co., Inc., Mathis Bros. Oklahoma City, LLC, Mathis Evans, LLC, and Mathis Holding, Inc., only, with each party to bear its own costs and attorney's fees, as these parties have resolved their differences.

Dated this 20th day of August, 2008.

s/ Eric S. Eissenstat
Eric S. Eissenstat, (OBA #10282)
Steve Stephens (OBA #10479)
Brooks A. Richardson (OBA #18133)
Nicholas V. Merkley (OBA #20284)
FELLERS, SNIDER, BLANKENSHIP,
  BAILEY & TIPPENS

100 North Broadway, Suite 1700
Oklahoma City, OK   73102-8820
Telephone:  (405) 232-0621
Facsimile:  (405) 232-9659
E-mails:   eeissenstat@fellerssnider.com
           sstephens@fellerssnider.com
           brichardson@fellerssnider.com
           nmerkley@fellerssnider.com
*Attorneys for Plaintiff Marquis Furniture, Inc.*


s/ Drew Neville
*(Signed by Filing Attorney with Permission of Attorneys for Mathis Brothers Defendants)*
Drew Neville, OBA #6641
Ryan S. Wilson, OBA #14340
Alix Lormand Samara, OBA #20108
Kurt M. Rupert, OBA #11982
HARTZOG, CONGER, CASON & NEVILLE
201 Robert S. Kerr Avenue, Suite 1600
Oklahoma City, OK   73102
Telephone:  (405) 235-7000
Facsimile:  (405) 996-3403

*Attorneys for Mathis Bros. Furniture Co., Inc., Mathis Bros. Oklahoma City, LLC, Mathis Evans, LLC, and Mathis Holding, Inc.*

## CERTIFICATE OF SERVICE

☒    I hereby certify that on August 20, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for (1) filing and (2) transmittal of a Notice of Electronic Filing to the following ECF registrants: David A. Burrage, Michael Burrage, Sean Burrage, Allen W. Campbell, Timothy A. Carney, James N. Chaney, Emiline Ebrite, John N. Hermes, Drew Neville, Jr., Kurt M. Rupert, Alix L. Samara, Larry J. Saylor, Matthew L. Standard, James M. Sturdivant, Rick L. Warren and Ryan S. Wilson.

☐    I hereby certify that I served the attached document by regular U.S. Mail, postage prepaid, on the following, who are not registered participants of the ECF System: N/A.

                                                s/ Eric S. Eissenstat
                                                *Attorney for Plaintiff Marquis Furniture, Inc.*

453700.1