IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARQUIS FURNITURE, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | Case No. CIV-04-1604-F |
| | ) | |
| MATHIS BROS. FURNITURE CO., INC., MATHIS BROS. OKLAHOMA CITY, LLC, MATHIS EVANS, LLC, MATHIS HOLDING, INC., BROYHILL FURNITURE INDUSTRIES, INC., and LA-Z-BOY, INC., | ) ) ) ) ) | |
|     Defendants. | ) | |
| | ) | |
| BROYHILL FURNITURE INDUSTRIES, INC., | ) | |
|     Counter-Claimant, | ) | |
| v. | ) | |
| | ) | |
| MARQUIS FURNITURE, INC., | ) | |
|     Counter-Defendant, | ) | |
| and | ) | |
| | ) | |
| GARY D. BAUGH and MARY BAUGH, | ) | |
|     Third-Party Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, MATHIS BROS. FURNITURE CO., INC., MATHIS BROS. OKLAHOMA CITY, LLC, MATHIS EVANS, LLC, AND MATHIS HOLDING, INC., ONLY

Upon the Motion [DKT #246] of Plaintiff, Marquis Furniture, Inc., and the Defendants, Mathis Bros. Furniture Co., Inc., Mathis Bros. Oklahoma City, LLC, Mathis Evans, LLC, and Mathis Holding, Inc., IT IS THEREFORE ORDERED that Plaintiff's claims against the Defendants, Mathis Bros. Furniture Co., Inc., Mathis Bros. Oklahoma

-2-

City, LLC, Mathis Evans, LLC, and Mathis Holding, Inc., are hereby dismissed with prejudice, with each party to pay its own costs and attorney's fees.

IT IS SO ORDERED this 21st day of August, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1604p035.PO.wpd