IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARQUIS FURNITURE, INC., an Oklahoma corporation,<br><br>      Plaintiff,<br>v.<br><br>MATHIS BROS. FURNITURE CO. INC. an Oklahoma corporation, et al<br><br>      Defendants. | Case No. CIV-04-1604-F |
| BROYHILL FURNITURE INDUSTRIES, INC.,<br><br>      Counter-Claimant,<br>v.<br><br>MARQUIS FURNITURE, INC., an Oklahoma Corporation<br><br>      Counter-Defendant,<br>and<br><br>GARY D. BAUGH and MARY BAUGH<br><br>      Third Party Defendants. | |

**STIPULATION OF AND REQUEST FOR DISMISSAL
OF LA-Z-BOY, INC. WITH PREJUDICE**

  Pursuant to F.R.Civ.P. 41(a)(2), Plaintiff, Marquis Furniture, Inc. ("Marquis") hereby stipulates to the dismissal with prejudice of its claims and causes of action against La-Z-Boy, Inc. in the above styled case and requests that the Court enter an order dismissing LA-Z-Boy, Inc. from this action with prejudice.

/s/Eric S. Eissenstat
Eric S. Eissenstat, OBA #10282
Steve Stephens, OBA #10479
Brooks A. Richardson, OBA #18133
Nicholas V. Merkley, OBA #20284
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma Cit, OK  73102-8820
Telephone:    (405) 232-0621
Facsimile:    (405) 232-9659
E-mails:    eeissenstat@fellerssnider.com
            sstephens@fellerssnider.com
            brichardson@fellerssnider.com
            nmerkley@fellerssnider.com

Attorneys for Plaintiff Marquis Furniture, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Alix L Samara
asamara@hartzoglaw.com

Drew Neville, Jr.
dneville@hartzoglaw.com

Kurt M Rupert
krupert@hartzoglaw.com

Ryan S Wilson
rwilson@hartzoglaw.com

David A Burrage
dburrage@burragelaw.com

Michael Burrage
mburrage@burragelaw.com

3

James M Sturdivant
jsturdivant@gablelaw.com

Timothy A Carney
tcarney@gablelaw.com

Larry J. Saylor
saylor@millercanfield.com

John N. Hermes
john.hermes@mcafeetaft.com

                                                /s/*Eric S. Eissenstat*