IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARQUIS FURNITURE, INC., an Oklahoma corporation,<br><br>                Plaintiff,<br>v.<br><br>MATHIS BROS. FURNITURE CO. INC. an Oklahoma corporation, et al<br>                Defendants.<br><br>BROYHILL FURNITURE INDUSTRIES, INC.,<br>                Counter-Claimant,<br>v.<br><br>MARQUIS FURNITURE, INC., an Oklahoma Corporation<br>                Counter-Defendant,<br>and<br><br>GARY D. BAUGH and MARY BAUGH<br>                Third Party Defendants. | Case No. CIV-04-1604-F |

## **ORDER OF DISMISSAL**

The court, having reviewed the Stipulation of and Request for Dismissal of La-Z-Boy, Inc. With Prejudice, and having been advised by counsel for defendant La-Z-Boy, Inc. that La-Z-Boy, Inc. has no objection to the dismissal, finds that defendant La-Z-Boy, Inc. should be dismissed from this action with prejudice to refiling.

IT IS THEREFORE ORDERED that La-Z-Boy, Inc. is hereby dismissed from the above-styled cause with prejudice to refiling.

Dated this 26th day of August, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1604p039.PO.wpd