IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARQUIS FURNITURE, INC., <br>     Plaintiff, <br> v. <br><br> MATHIS BROS. FURNITURE CO., INC., MATHIS BROS. OKLAHOMA CITY, LLC, MATHIS EVANS, LLC, MATHIS HOLDING, INC., BROYHILL FURNITURE INDUSTRIES, INC., and LA-Z-BOY, INC., <br>     Defendants. <br><br> BROYHILL FURNITURE INDUSTRIES, INC., <br>     Counter-Claimant, <br> v. <br><br> MARQUIS FURNITURE, INC., <br>     Counter-Defendant, <br> and <br><br> GARY D. BAUGH and MARY BAUGH, <br>     Third-Party Defendants. | Case No. CIV-04-1604-F |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Marquis Furniture, Inc., Defendant, Broyhill Furniture Industries, Inc., and Third-Party Defendant, Gary Baugh, hereby stipulate and agree that the above-captioned cause be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 13th day of February, 2009.

    s/ Eric S. Eissenstat
Eric S. Eissenstat, (OBA #10282)
Steve Stephens (OBA #10479)
Brooks A. Richardson (OBA #18133)
Nicholas V. Merkley (OBA #20284)
FELLERS, SNIDER, BLANKENSHIP,
  BAILEY & TIPPENS
*Attorneys for Plaintiff Marquis Furniture, Inc. and Third-Party Defendant Gary Baugh*
100 North Broadway, Suite 1700
Oklahoma City, OK   73102-8820
Telephone:  (405) 232-0621
Facsimile:  (405) 232-9659
E-mails:   eeissenstat@fellerssnider.com
          sstephens@fellerssnider.com
          brichardson@fellerssnider.com
          nmerkley@fellerssnider.com


    s/ Timothy A. Carney
*(Signed by Filing Attorney with Permission of Attorneys for Defendant Broyhill)*
James M. Sturdivant (OBA #8723)
Timothy A. Carney (OBA #11784)
Emiline T. Ebrite
GABLE & GOTWALS
*Attorneys for Defendant Broyhill Furniture Industries, Inc.*
100 West 5th Street
1100 ONEOK Plaza
Tulsa, OK 74103-4217
Telephone: (918) 595-4800
Facsimile:  (918) 595-4990
E-mails: jsturdivant@gablelaw.com
        tcarney@gablelaw.com
        tebrite@gablelaw.com

## **CERTIFICATE OF SERVICE**

☒ I hereby certify that on February 13, 2009, I electronically transmitted the attached document to the Clerk of Court using the ECF System for (1) filing and (2) transmittal of a Notice of Electronic Filing to the following ECF registrants: David A. Burrage, Michael Burrage, Sean Burrage, Allen W. Campbell, Timothy A. Carney, James N. Chaney, Emiline Ebrite, John N. Hermes, Drew Neville, Jr., Kurt M. Rupert, Alix L. Samara, Larry J. Saylor, Matthew L. Standard, James M. Sturdivant, Rick L. Warren, Ryan S. Wilson, and Leasa Stewart.

☐ I hereby certify that I served the attached document by regular U.S. Mail, postage prepaid, on the following, who are not registered participants of the ECF System: N/A.

s/ Eric S. Eissenstat
*Attorney for Plaintiff Marquis Furniture, Inc. and Third-Party Defendant Gary Baugh*

467804.1

3